UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/16/2021

**SCOPUS BIOPHARMA INC.,**

               **Plaintiff,**

-against-

**MORRIS LASTER, LASTER PARTNERS LLC, and LASTER FAMILY PARTNERS, LLC,**

               **Defendants.**

**21-CV-7741 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

Upon the Memorandum of Law in Support of Preliminary Injunction and Temporary Restraining Order, the Declaration of Peter M. Skinner and the exhibits attached thereto, the Proposed Order to Show Cause with Emergency Relief, the Complaint and exhibits attached thereto, and all other pleadings filed in the instant action thus far, it is hereby **ORDERED** that Interpleader-Plaintiff's (Scopus Biopharma Inc.) Motion for Temporary Restraining Order is **DENIED**.

It is **FURTHER ORDERED** that:

1. Interpleader-Plaintiff serve this Order and all moving papers on Interpleader-Defendants (Morris Laster, Laster Partners LLC, and Laster Family Partners LLC) and file proof of service with the Court by **September 17, 2021 at 5PM ET.** Electronic service of this Order and supporting papers shall be deemed good and sufficient service thereof.

2. The above-named Interpleader-Defendants show cause before this Court, on **October 6, 2021 at 3PM ET by telephonic conference at (888) 363-4749 with access code: 3768660**, why a preliminary injunction order should not be issued pursuant to 28 U.S.C. § 2361 restraining

Interpleader-Defendants from: (A) instituting or prosecuting any proceeding in any State or United States Court affecting the 3.5 million shares of Scopus stock involved in the instant interpleader action until further order of this Court, and (B) prosecuting or continuing *Laster v. Scopus Biopharma, Inc.*, Case No. 2021-0279-MTZ (Del. Ch. 2021) until further order of this Court.

3. Interpleader-Defendants may file a written response to Interpleader-Plaintiff's Motion for Preliminary Injunction by **September 26, 2021.** Any reply shall be filed no later than **October 1, 2021.** All briefing should be served electronically upon the opposing side, contemporaneous with it being filed with the Court.

**SO ORDERED.**

**Dated**: Sept. 16, 2021
    **New York, New York**

_____
The Hon. Andrew L. Carter, Jr.
United States District Judge