**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SCOPUS BIOPHARMA INC.,

                Plaintiff,

  -against-

MORRIS LASTER ET AL.,

                Defendants.

21-CV-7741-ALC

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of Interpleader-Plaintiff's certificates of service of supporting papers in connection with its Motion for Temporary Restraining Order and Preliminary Injunction. ECF Nos. 17-18. However, it does not appear that Interpleader-Plaintiff served a copy of the Court's September 16, 2021 Order ("Order") on Interpleader-Defendants, as directed by the Order. ECF No. 16.

    Accordingly, Interpleader-Plaintiff is hereby **ORDERED** to serve a copy of the Court's September 16, 2021 Order on Interpleader-Defendants as soon as possible, but no later than **September 21, 2021 at 5PM ET**.

**SO ORDERED.**

Dated:   Sept. 20, 2021
            New York, New York

                                      **THE HON. ANDREW L. CARTER, JR.**
                                          United States District Judge

2

No. 12. Because Defendants' deadline to answer the complaint has not expired, Plaintiff's request is DENIED. Individual defendants that have waived service have until September 13, 2021, to answer the complaint. ECF No. 8. Defendant City of New York has until August 13, 2021 to answer the complaint. ECF No. 11. The Clerk of Court shall serve a copy of this Order and the complaint on the New York City Law Department at: 100 Church Street New York, NY 10007. The Clerk of Court is further directed to mail a copy of this Order and the waivers of service (ECF Nos. 8-9, 11) to Plaintiff.

**SO ORDERED.**

Dated:   August 12, 2021
         New York, New York

                                        ANDREW L. CARTER, JR.
                                        United States District Judge